UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No.: 3:07-cv-00080-GCM

| | |
|---|---|
| BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; PRIORITY RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, <br><br> Plaintiffs, <br><br> v. <br><br> KELLY LOVELAND, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

Plaintiffs on April 28, 2008, having filed a Notice of Settlement (docket no. 10) and having requested a stay of this matter for sixty (60) days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court, and having represented that the notice of settlement was filed with the Consent of the defendant, and good cause appearing,

It is hereby ORDERED that this matter is stayed for a period of sixty (60) days from the date of this Order.

Signed: April 28, 2008

Graham C. Mullen
United States District Judge