UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No.: 3:07-cv-00080-GCM

| | |
|---|---|
| BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; PRIORITY RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KELLY LOVELAND, | ) ) |
| Defendant. | ) |

## ORDER

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal without Prejudice. [Docket # 12].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

Signed: June 11, 2008

Graham C. Mullen
United States District Judge